# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CAMERON WIRE & CABLE, INC.**                                                                                          **PLAINTIFF**

v.                                        Case No. 4:20-cv-00791-KGB

**GREAT LAKES TOWERS, LLC**
**d/b/a VENTOWER INDUSTRIES and**
**GREGORY ADANIN**                                                                                                       **DEFENDANTS**

## ORDER

Before the Court is a joint stipulation of dismissal filed by plaintiff Cameron Wire & Cable, Inc., and defendants Great Lakes Towers, LLC, d/b/a Ventower Industries, and Gregory Adanin (Dkt. No. 18). The stipulation accords with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court adopts the joint stipulation of dismissal. The action is dismissed without prejudice. The Court denies as moot the pending motion to dismiss (Dkt. No. 4).

It is so ordered this 28th day of December, 2020.

_____
Kristine G. Baker
United States District Judge